COPY

1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment and Natural Resources Division
   United States Department of Justice
3  Washington D.C. 20530
   ANN C. HURLEY
4  Environmental Enforcement Section
   United States Department of Justice
5  301 Howard Street, Suite 1050
   San Francisco, California 94105
6  Telephone: (415) 744-6480; Facsimile: (415) 744-6476
   ann.hurley@usdoj.gov
7  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
8  R. MICHAEL UNDERHILL (State Bar No. 104986)
   Attorney in Charge, West Coast Office
9  Torts Branch, Civil Division, U.S. Department of Justice
   7th Floor Federal Bldg., Room 7-5395, P.O. Box 36028
10 450 Golden Gate Avenue, San Francisco, California 94102-3463
   Telephone: (415) 436-6648; Facsimile: (415) 436-6632
11 mike.underhill@usdoj.gov

12 Attorneys for Plaintiff United States of America

13 (Additional Attorneys on following page)

E-filing

ORIGINAL FILED
MAR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the PEOPLE OF THE STATE OF CALIFORNIA, ex rel. the CALIFORNIA DEPARTMENT OF FISH AND GAME and the REGIONAL WATER QUALITY CONTROL BOARD FOR THE NORTH COAST REGION,<br><br>Plaintiffs,<br><br>vs.<br><br>KURE SHIPPING S.A. and PATT MANFIELD CO., LTD,<br><br>Defendants. | Civil No.<br><br>IN ADMIRALTY<br><br>**NOTICE OF LODING OF CONSENT DECREE** |

1  EDMUND G. BROWN JR., Attorney General
   of the State of California
2  MARY HACKENBRACHT
   Senior Assistant Attorney General
3  ANITA E. RUUD (State Bar No. 72483)
   Deputy Attorney General
4  455 Golden Gate Avenue, Suite 11000
   San Francisco, California 94102-3664
5  Telephone: (415) 703-5605
   Facsimile: (415) 703-5480

6  Attorneys for Plaintiff State of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 United States, et al. v. Kure Shipping S.A., et al.                                Notice of Lodging

1  The United States of America hereby notifies the Court that, concurrently with this notice, the United States is lodging a proposed Consent Decree, which has been fully signed by the parties. If it is entered by the Court, the Consent Decree will resolve the claims brought in the Complaint filed in this action.

Pursuant to the terms of Paragraph 27 of the Consent Decree and Department of Justice policy, the Consent Decree will be available for public comment for a period of not less than thirty days from the date on which the *Federal Register* publishes notification of its lodging. After the close of the public comment period, the plaintiffs will either file a motion requesting the Court to enter the Consent Decree, or the plaintiffs will inform the Court that they are exercising their right under Paragraph 27 of the Consent Decree to withdraw their approval of the Consent Decree. Therefore, the United States requests that the Court not take any action on the proposed Consent Decree at this time.

Respectfully submitted,

DATED: 3/7/08

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

ANN C. HURLEY
Trial Attorney
Environmental Enforcement Section
United States Department of Justice

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General
Civil Division

R. MICHAEL UNDERHILL
Attorney in Charge
West Coast Office
Torts Branch, Civil Division
United States Department of Justice