COPY

E-filing

1  RONALD J. TENPAS
   Assistant Attorney General
2  Environment and Natural Resources Division
   United States Department of Justice
3  Washington D.C. 20530
   ANN C. HURLEY
4  Environmental Enforcement Section
   United States Department of Justice
5  301 Howard Street, Suite 1050
   San Francisco, California 94105
6  Telephone: (415) 744-6480; Facsimile: (415) 744-6476
   ann.hurley@usdoj.gov
7  JEFFREY S. BUCHOLTZ
   Acting Assistant Attorney General
8  R. MICHAEL UNDERHILL (State Bar No. 104986)
   Attorney in Charge, West Coast Office
9  Torts Branch, Civil Division, U.S. Department of Justice
   7th Floor Federal Bldg., Room 7-5395, P.O. Box 36028
10 450 Golden Gate Avenue, San Francisco, California 94102-3463
   Telephone: (415) 436-6648; Facsimile: (415) 436-6632
11 mike.underhill@usdoj.gov

ORIGINAL FILED

MAR -7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

12 Attorneys for Plaintiff United States of America

13 (Additional Attorneys on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the PEOPLE OF THE STATE OF CALIFORNIA, ex rel. the CALIFORNIA DEPARTMENT OF FISH AND GAME and the REGIONAL WATER QUALITY CONTROL BOARD FOR THE NORTH COAST REGION,<br><br>Plaintiffs,<br><br>vs.<br><br>KURE SHIPPING S.A. and PATT MANFIELD CO., LTD,<br><br>Defendants. | Civil No.<br><br>IN ADMIRALTY<br><br>**CERTIFICATE OF SERVICE** |

Page 1 - United States, et al. v. Kure Shipping S.A., et al.                               Certificate of Service

EDMUND G. BROWN JR., Attorney General
   of the State of California
MARY HACKENBRACHT
   Senior Assistant Attorney General
ANITA E. RUUD (State Bar No. 72483)
   Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, California 94102-3664
   Telephone: (415) 703-5605
   Facsimile: (415) 703-5480

Attorneys for Plaintiff State of California

Page 2 - United States, et al. v. Kure Shipping S.A., et al.                    Certificate of Service

## CERTIFICATE OF SERVICE

I, Victoria Reeder, hereby certify and declare that:

1. I am over the age of 18 years and am not a party to this action.

2. I am employed by the U.S. Department of Justice and currently working at 301 Howard Street, Suite 1050, San Francisco, California 94105.

3. I am familiar with the office practices of the U.S. Department of Justice at the above location, including its mail processing practices.

4. I know that outgoing mail is deposited for collection with the United States Postal Service on the day of mailing and that overnight mail is collected from the above office location on the day of mailing.

5. Following the above-described practices, on March 7, 2008, I caused a true copy of the foregoing listed documents to be served upon the person listed on the attached service list in the manner indicated.

    COMPLAINT

    NOTICE OF LODGING OF CONSENT DECREE

    CONSENT DECREE

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 7, 2008, in San Francisco, California.

    */s/ Victoria Reeder*
    Victoria Reeder

## SERVICE LIST

*Sent via U.S. Postal Service:*

Anita E. Ruud
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-3664
Telephone: (415) 703-5605


Joseph A. Walsh II
Keesal, Young & Logan, PC
400 Oceangate
Post Office Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000

Page 4 - United States, et al. v. Kure Shipping S.A., et al.                    Certificate of Service