1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA and the
PEOPLE OF THE STATE OF CALIFORNIA,
et al..

        Plaintiff(s),

v.

KURE SHIPPING S.A. and PATT MANFIELD
CO., LTD,

        Defendant(s).
_____/

No. C 08-1328 JL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 3, 2008

Signature _____

Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")