RONALD J. TENPAS
  Assistant Attorney General
  Environment and Natural Resources Division
  United States Department of Justice
  Washington D.C. 20530
ANN C. HURLEY
  Environmental Enforcement Section
  United States Department of Justice
  301 Howard Street, Suite 1050
  San Francisco, California 94105
  Telephone: (415) 744-6480; Facsimile: (415) 744-6476
  ann.hurley@usdoj.gov
JEFFREY S. BUCHOLTZ
  Acting Assistant Attorney General
R. MICHAEL UNDERHILL (State Bar No. 104986)
  Attorney in Charge, West Coast Office
  Torts Branch, Civil Division, U.S. Department of Justice
  7th Floor Federal Bldg., Room 7-5395, P.O. Box 36028
  450 Golden Gate Avenue, San Francisco, California  94102-3463
  Telephone: (415) 436-6648; Facsimile: (415) 436-6632
  mike.underhill@usdoj.gov

Attorneys for Plaintiff United States of America

(Additional Attorneys on following page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the PEOPLE OF THE STATE OF CALIFORNIA, ex rel. the CALIFORNIA DEPARTMENT OF FISH AND GAME and the REGIONAL WATER QUALITY CONTROL BOARD FOR THE NORTH COAST REGION,<br><br>              Plaintiffs,<br><br>   vs.<br><br>KURE SHIPPING S.A. and PATT MANFIELD CO., LTD,<br><br>              Defendants. | Civil No.  08-1328 JL<br><br>IN ADMIRALTY<br><br>**CERTIFICATE OF SERVICE** |

Page 1 - United States, et al. v. Kure Shipping S.A., et al.                                                                Certificate of Service

1  EDMUND G. BROWN JR., Attorney General
   of the State of California
2  MARY HACKENBRACHT
   Senior Assistant Attorney General
3  ANITA E. RUUD (State Bar No. 72483)
   Deputy Attorney General
4  455 Golden Gate Avenue, Suite 11000
   San Francisco, California 94102-3664
5  Telephone:  (415) 703-5605
   Facsimile:  (415) 703-5480

6  Attorneys for Plaintiff State of California

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Victoria Reeder, hereby certify and declare that:

1. I am over the age of 18 years and am not a party to this action.

2. I am employed by the U.S. Department of Justice and currently working at 301 Howard Street, Suite 1050, San Francisco, California 94105.

3. I am familiar with the office practices of the U.S. Department of Justice at the above location, including its mail processing practices.

4. I know that outgoing mail is deposited for collection with the United States Postal Service on the day of mailing and that overnight mail is collected from the above office location on the day of mailing.

5. Following the above-described practices, on April 3, 2008, I caused a true copy of the foregoing listed documents to be served upon the person listed on the attached service list in the manner indicated.

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2008, in San Francisco, California.

_____
Victoria Reeder

<u>SERVICE LIST</u>

*Sent via U.S. Postal Service:*

Anita E. Ruud
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, California  94102-3664
Telephone:  (415) 703-5605

Joseph A. Walsh II
Keesal, Young & Logan, PC
400 Oceangate
Post Office Box 1730
Long Beach, California  90801-1730
Telephone:  (562) 436-2000

Page 4 - United States, et al. v. Kure Shipping S.A., et al.                                   Certificate of Service