JOSEPH A. WALSH II, CASB No. 143694
joe.walsh@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendants
KURE SHIPPING S.A. and PATT MANFIELD CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and the PEOPLE OF THE STATE OF CALIFORNIA, ex rel. the CALIFORNIA DEPARTMENT OF FISH AND GAME and the REGIONAL WATER QUALITY CONTROL BOARD FOR THE NORTH COAST REGION,<br><br>Plaintiffs,<br><br>vs.<br><br>KURE SHIPPING S.A. and PATT MANFIELD CO., LTD,<br><br>Defendants. | Case No. 3:08-cv-01328-JSW<br><br>**NOTICE OF APPEARANCE** |

I, Joseph A. Walsh II, am counsel of record in the above-entitled cause of action for Defendants Kure Shipping, S.A. and Patt Manfield Co., Ltd. This constitutes my Notice of Appearance to appear as counsel of record for Defendants Kure Shipping, S.A. and Patt Manfield Co., Ltd. in the above-entitled action.

DATED: April 29, 2008

*/s/ Joseph A. Walsh II*
JOSEPH A. WALSH II
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
KURE SHIPPING S.A. and PATT MANFIELD CO., LTD.

- 1 -

KYL_LB1143066

NOTICE OF APPEARANCE – Case No. 3:08-cv-01328-JSW