1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  JOHN DAVIDSON
   Supervising Deputy Attorney General
3  ANITA E. RUUD, State Bar No. 72483
   Deputy Attorney General
4     455 Golden Gate Avenue, Suite 11000
      San Francisco, CA 94102-7004
5     Telephone: (415) 703-5533
      Fax: (415) 703-5480
6     Email: Anita.Ruud@doj.ca.gov

7  Attorneys for People of the State of California, *ex rel.*
   the Regional Water Quality Control Board for the
8  North Coast Region

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA and the PEOPLE OF THE STATE OF CALIFORNIA, *ex rel.* the CALIFORNIA DEPARTMENT OF FISH AND GAME and the REGIONAL WATER QUALITY CONTROL BOARD FOR THE NORTH COAST REGION, | Case No. 3:08-cv-01328 JSW |
|---|---|
| Plaintiffs, | NOTICE OF APPEARANCE |
| v. | |
| KURE SHIPPING S.A. and PATT MANFIELD CO., LTD., | |
| Defendants. | |

The People of the State of California, *ex rel.* the Regional Water Quality Control Board for the North Coast Region, hereby notifies the Court that Anita E. Ruud, Deputy Attorney General, Office of the Attorney General of the State of California, is appearing as the counsel of record for the above-named State party.

///

///

1  Dated: May 2, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

*[signature]*

ANITA E. RUUD
Deputy Attorney General

Attorneys for the People of the State of California, *ex rel.* the Regional Water Quality Control Board for the North Coast Region

40249068.wpd
SF1998CV0690