# DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *U.S.A. and the Peo of California ex rel. Cal Dept of Fish and Game, et al.*

No.:         3:08-cv-01328-JSW

I, Corazon Marcelino, declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004.

On May 2, 2008, I served the attached **NOTICE OF APPEARANCE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Francisco, California, addressed as follows:

**Ronald J. Tenpas**
**Assistant Attorney General**
**United States Department of Justice**
**Washington, DC 20530**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 2, 2008, at San Francisco, California.

|  Corazon Marcelino  |  /s/ *CORAZON MARCELINO*  |
|  :---:  |  :---:  |
|  Declarant  |  Signature  |

40249102.wpd