JOHN CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
Washington DC 20530
ANN C. HURLEY
Environmental Enforcement Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415)744-6480; Facsimile: (415) 744-6476
 Email: ann.hurley@usdoj.gov
MICHAEL F. HERTZ
Acting Assistant Attorney General
R. MICHAEL UNDERHILL (State Bar. No. 104986)
Attorney in Charge, West Coast Office
Torts Branch, Civil Division, U.S. Department of Justice
7th Floor Federal Bldg., Room 7-5395, P.O. Box 36028
450 Golden Gate Avenue, San Francisco, CA 94102-3463
Telephone: (415)436-6648; Facsimile: (415)436-6632
Email: mike.underhill@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE PEOPLE OF THE STATE OF CALIFORNIA, ex rel. the CALIFORNIA DEPARTMENT OF FISH AND GAME and the REGIONAL WATER QUALITY CONTROL BOARD FOR THE NORTH COAST REGION,<br><br>Plaintiffs,<br><br>vs.<br><br>KURE SHIPPING S.A. and PATT MANFIELD CO., LTD,<br><br>Defendants. | CV 08-01328 JSW<br><br>IN ADMIRALTY<br><br>**STIPULATED ORDER TO TERMINATE CONSENT DECREE** |

WHEREFORE, a Consent Decree in this matter was entered by the Court on May 7, 2008.

WHEREFORE, pursuant to Section XV of the Consent Decree, the plaintiffs have

1  determined that defendants have satisfactorily completed performance of defendants'
2  requirements under the Consent Decree, including, but not limited to, payment of the amounts
3  required under Sections VI and VII of the Consent Decree.  Further, there are no outstanding
4  stipulated penalties under Section VIII of the Consent Decree.
5        WHEREFORE, the provisions of Section IX of the Consent Decree shall survive the
6  termination of the Consent Decree.
7        WHEREFORE, Section XV of the Consent Decree provided that the parties shall file a
8  stipulation with the Court reciting that the requirements of the Consent Decree have been met.
9        WHEREFORE, the parties have stipulated, by and through the undersigned consents of
10 counsel, that the requirements of the Consent Decree have been met; and, based upon the
11 foregoing,
12     IT IS SO ORDERED that the Consent Decree in this matter is now terminated, and there
13 being no further outstanding issues between the parties, this proceeding is hereby DISMISSED.
14     IT IS SO ORDERED:
15
16
17 Dated: May 1, 2009                /s/ Jeffrey S. White
18                                   UNITED STATES DISTRICT JUDGE
19
20
21 WE HEREBY CONSENT TO ENTRY OF THE FOREGOING ORDER:
22 Dated: April 27, 2009
23 JOHN CRUDEN
   Acting Assistant Attorney General
24
25     /s/ Ann C. Hurley
   ANN C. HURLEY
26 Trial Attorney
   Environmental Enforcement Section
27 U.S. Department of Justice
28 Attorneys for United States of America

U.S. et al v. Kure Shipping S.A. et al, CV 08-01328 JSW    - 2 -    Stipulated Order to Terminate Consent Decree

Dated: April 29, 2009

EDMUND G. BROWN JR.
Attorney General

     /s/ Anita E. Ruud
ANITA E. RUUD
Deputy Attorney General

Attorneys for the People of the State of California, ex re. the California Department of Fish and Game and the Regional Water Quality Control Board for the North Coast Region

Dated: April 27, 2009

KURE SHIPPING, S.A.
PATT MANFIELD & CO. LTD

                                  By:  KEESAL, YOUNG & LOGAN


                                  By:      /s/ Sarah Sangmeister
                                      SARAH SANGMEISTER
                                Title:  Attorneys of Record

Attestation Regarding Signature: This document is being filed electronically under my User ID and Password. Pursuant to General Order 45, Section X.B., I hereby attest that I have on file all signatures for any signatures indicated by a "conformed" signature within this document.

                                       /s/ Ann C. Hurley
                                    ANN C. HURLEY